# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2011

142189

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In Re NATHAN GREENBERG TRUST.

_____

ASHLEY TECHNER,
      Petitioner-Appellant,

v

EDWARD ROSENBAUM, BARRY
GREENBERG, and HELEN GREENBERG,
      Respondents-Appellees.

SC: 142189
COA: 292511
Oakland PC: 2008-315283-TV

_____/

On order of the Court, the application for leave to appeal the October 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011 _____ _____
                                             Clerk

p0321